83, 922-01

# SORRELS | UDASHEN | ANTON
### *Attorneys and Counselors at Law*

**ROBERT N. UDASHEN, P.C.**
BOARD CERTIFIED–CRIMINAL LAW and CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**rnu@sualaw.com**
2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
**214.468.8100**
fax 214.468.8104
www.sualaw.com

October 2, 2015

Ms. Paige Light
Assistant Court Administrator
54th District Court
501 Washington Avenue
Suite 305
Waco, Texas  76701

RE:    *Ex Parte Keith Allen Jones*
        No. 2011-1299-C2A

Dear Ms. Light:

I am enclosing a motion for Judge Johnson to sign and forward to the Court of Criminal Appeals asking for an extension of time to resolve the issues in Keith Jones's writ application. I tried to do this myself but could not because the Court of Criminal Appeals wants the extension request to come from the Judge instead of me. It is necessary to extend the time so that we can have the evidentiary hearing that is set in November.

Thank you for your assistance with this matter.

Yours very truly,

Robert N. Udashen, P.C.

RNU:ps

Enclosure

cc:    Mr. Sterling Harmon
        Assistant District Attorney

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

GRANT
90 DAYS
Judge Bert Richardson
with Permission kj

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS
AUSTIN, TEXAS

| | | |
|---|---|---|
| EX PARTE | § | |
| | § | |
| | § | **WRIT NO. WR-83, 922-01** |
| | § | |
| KEITH ALLEN JONES | § | |

## MOTION TO EXTEND TIME
## FRAME FOR RESOLUTION OF CLAIMS
## RAISED IN 11.07 APPLICATION

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW THE HONORABLE MATT JOHNSON, Judge presiding, 54th District Court of McLennan County, Texas, and files this Motion to Extend Time Frame for Resolution of Claims Raised in 11.07 Application and would show this Court the following:

I.

Applicant filed his applications for a writ of habeas corpus on March 23, 2015. The State filed its answer to the applications on April 7, 2015. On April 22, 2015, the district court timely designated the issues for resolution in Applicant's writ applications. Pursuant to Texas Rule Appellate Procedure 73.5, this Court has 180 days from the date the State received the applications to resolve any issues the court timely designated for resolution.

II.

The issues designated for resolution by the district court have not yet been

resolved. An evidentiary hearing is scheduled on those issues for November 13, 2015. A hearing could not be scheduled sooner than that date because of various conflicts with the district court's schedule, the schedules of the parties' attorneys, and the schedules of Applicant's trial attorneys, whose testimony is needed at the evidentiary hearing.

## III.

The district court respectfully asks that this Court extend the time frame for the district court to resolve the issues in Applicant's writ applications to a date 45 days after the evidentiary hearing. This will give the district court time to enter findings of fact and conclusions of law after the hearing.

## IV.

Both parties are unopposed to this motion.

FOR THE ABOVE REASONS, the Honorable Matt Johnson, Judge presiding, respectfully asks that this motion be granted.

Respectfully submitted,

The Honorable Matt Johnson
Judge presiding
54th District Court of McLennan County, Texas

SORRELS | UDASHEN | ANTON

*Attorneys and Counselors at Law*

ROBERT N. UDASHEN, P.C.
BOARD CERTIFIED–CRIMINAL LAW and CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

rnu@sualaw.com
2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
**214.468.8100**
fax 214.468.8104
www.sualaw.com

October 2, 2015

Ms. Paige Light
Assistant Court Administrator
54th District Court
501 Washington Avenue
Suite 305
Waco, Texas 76701

RE:  *Ex Parte Keith Allen Jones*
No. 2011-1299-C2A

Dear Ms. Light:

I am enclosing a motion for Judge Johnson to sign and forward to the Court of Criminal Appeals asking for an extension of time to resolve the issues in Keith Jones's writ application. I tried to do this myself but could not because the Court of Criminal Appeals wants the extension request to come from the Judge instead of me. It is necessary to extend the time so that we can have the evidentiary hearing that is set in November.

Thank you for your assistance with this matter.

Yours very truly,

Robert N. Udashen, P.C.

RNU:ps

Enclosure

cc:    Mr. Sterling Harmon
       Assistant District Attorney

# IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS
### AUSTIN, TEXAS

EX PARTE

KEITH ALLEN JONES

§
§
§　　WRIT NO. WR-83, 922-01
§
§

## MOTION TO EXTEND TIME
## FRAME FOR RESOLUTION OF CLAIMS
## RAISED IN 11.07 APPLICATION

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW THE HONORABLE MATT JOHNSON, Judge presiding, 54th District Court of McLennan County, Texas, and files this Motion to Extend Time Frame for Resolution of Claims Raised in 11.07 Application and would show this Court the following:

I.

Applicant filed his applications for a writ of habeas corpus on March 23, 2015. The State filed its answer to the applications on April 7, 2015. On April 22, 2015, the district court timely designated the issues for resolution in Applicant's writ applications. Pursuant to Texas Rule Appellate Procedure 73.5, this Court has 180 days from the date the State received the applications to resolve any issues the court timely designated for resolution.

II.

The issues designated for resolution by the district court have not yet been

resolved. An evidentiary hearing is scheduled on those issues for November 13, 2015. A hearing could not be scheduled sooner than that date because of various conflicts with the district court's schedule, the schedules of the parties' attorneys, and the schedules of Applicant's trial attorneys, whose testimony is needed at the evidentiary hearing.

III.

The district court respectfully asks that this Court extend the time frame for the district court to resolve the issues in Applicant's writ applications to a date 45 days after the evidentiary hearing. This will give the district court time to enter findings of fact and conclusions of law after the hearing.

IV.

Both parties are unopposed to this motion.

FOR THE ABOVE REASONS, the Honorable Matt Johnson, Judge presiding, respectfully asks that this motion be granted.

Respectfully submitted,

The Honorable Matt Johnson
Judge presiding
54th District Court of McLennan County, Texas

# SORRELS |UDASHEN |ANTON

*Attorneys and Counselors at Law*

ROBERT N. UDASHEN, P.C.
BOARD CERTIFIED--CRIMINAL LAW and CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

rnu@sualaw.com
2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
**214.468.8100**
fax 214.468.8104
www.sualaw.com

October 2, 2015

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**OCT 12 2015**

**Abel Acosta, Clerk**

Ms. Paige Light
Assistant Court Administrator
54th District Court
501 Washington Avenue
Suite 305
Waco, Texas 76701

RE:     *Ex Parte Keith Allen Jones*
         No. 2011-1299-C2A

Dear Ms. Light:

I am enclosing a motion for Judge Johnson to sign and forward to the Court of Criminal Appeals asking for an extension of time to resolve the issues in Keith Jones's writ application. I tried to do this myself but could not because the Court of Criminal Appeals wants the extension request to come from the Judge instead of me. It is necessary to extend the time so that we can have the evidentiary hearing that is set in November.

Thank you for your assistance with this matter.

Yours very truly,

Robert N. Udashen, P.C.

RNU:ps

Enclosure

cc:     Mr. Sterling Harmon
         Assistant District Attorney

## IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| EX PARTE | § | |
| | § | |
| | § | **WRIT NO. WR-83, 922-01** |
| | § | |
| KEITH ALLEN JONES | § | |

## MOTION TO EXTEND TIME
## FRAME FOR RESOLUTION OF CLAIMS
## RAISED IN 11.07 APPLICATION

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**COMES NOW** THE HONORABLE MATT JOHNSON, Judge presiding, 54th District Court of McLennan County, Texas, and files this Motion to Extend Time Frame for Resolution of Claims Raised in 11.07 Application and would show this Court the following:

I.

Applicant filed his applications for a writ of habeas corpus on March 23, 2015. The State filed its answer to the applications on April 7, 2015. On April 22, 2015, the district court timely designated the issues for resolution in Applicant's writ applications. Pursuant to Texas Rule Appellate Procedure 73.5, this Court has 180 days from the date the State received the applications to resolve any issues the court timely designated for resolution.

II.

The issues designated for resolution by the district court have not yet been

Motion to Extend Time Frame for Resolution of Claims Raised in 11.07 Application - Page 1

resolved. An evidentiary hearing is scheduled on those issues for November 13, 2015. A hearing could not be scheduled sooner than that date because of various conflicts with the district court's schedule, the schedules of the parties' attorneys, and the schedules of Applicant's trial attorneys, whose testimony is needed at the evidentiary hearing.

## III.

The district court respectfully asks that this Court extend the time frame for the district court to resolve the issues in Applicant's writ applications to a date 45 days after the evidentiary hearing. This will give the district court time to enter findings of fact and conclusions of law after the hearing.

## IV.

Both parties are unopposed to this motion.

FOR THE ABOVE REASONS, the Honorable Matt Johnson, Judge presiding, respectfully asks that this motion be granted.

Respectfully submitted,

The Honorable Matt Johnson
Judge presiding
54th District Court of McLennan County, Texas